IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA LAMARK,

        Plaintiff,                                    CIV. NO. S-11-1098 MCE GGH PS

    vs.

RANDALL HICKS et al.,

        Defendants.                           <u>ORDER</u>

_____/

        This action, originally filed on April 22, 2011, seeks damages and injunctive relief under the Americans with Disabilities Act ("ADA"); Cal. Health & Safety Code § 19955 et seq.; Cal. Civ. Code §§ 54, 54.1, and 54.3; and the Unruh Civil Rights Act.  It was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(21).

        The court's Order Requiring Joint Status Report states that "[w]ithin sixty (60) days of service of the complaint on all parties, or from the date of removal, the parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the court a joint status report that includes the Rule 26(f) discovery plan." (Dkt. No. 4 at 1.)  That order sets forth in detail the procedures for preparing the joint status report and the matters that must be addressed in that report. (Dkt. No. 4 at 1-3.)  Although the court's docket indicates that all defendants have

1 now answered the complaint as of November 23, 2011 (dkt. no. 21), no joint status report has yet
2 been filed.  Accordingly, the parties will be required to confer and prepare a joint status report in
3 accordance with the court's prior order.  Upon review of the joint status report, the court will
4 either set a status/scheduling conference or issue a scheduling order incorporating the suggestions
5 of counsel and the parties as contained in the joint status report.
6         For the reasons discussed above, IT IS ORDERED that the parties shall file a joint
7 status report within 21 days of the date of service of this order.
8 DATED: January 20, 2012

                                   /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH/wvr
LaMark.1098.status.wpd